Stevan R. Baxter (12027)
Stephen M. Bigham (11060)
SKOUBYE NIELSON & JOHANSEN, LLC
999 East Murray Holladay Road, Suite 200
Salt Lake City, Utah 84117
Telephone: (801) 365-1030
Facsimile: (801) 365-1031
Email: stevan@snjlegal.com
Email: stephen@snjlegal.com
*Attorneys for Defendant Mila Transportation, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PRIME INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MILA TRANSPORTATION, LLC<br><br>Defendants. | Civil Action No. 2:23-cv-00087-DAO<br><br>Judge: Magistrate Judge Daphne A. Oberg |

## NOTICE OF REMOVAL

Defendant, Mila Transportation, LLC ("Mila"), whose address is 2302 Parklake Drive NE, Suite 123, Atlanta, GA 30084, removes this action, which was commenced by plaintiff, Prime Insurance Company ("Prime"), whose address is 8722 S. Harrison Street, Sandy, UT 84091, from the Third Judicial District Court, Salt Lake City Department, Salt Lake County, State of Utah, to the United States District Court for the District of Utah, Central Division.

1. On December 22, 2022, Prime commenced this action against Mila in the Third Judicial District Court, Salt Lake City Department, Salt Lake County, State of Utah, styled *Prime*

*Insurance Company, vs. Mila Transportation, LLC*, Civil No. 220907669. A true and correct copy of the summons and complaint filed in this action is attached as **Exhibit A**.

2. On or about January 4, 2023, Mila was served with the summons and complaint in this action. *See* **Exhibit B**.

3. Prime was and remains a surplus lines insurance company incorporated in the State of Illinois with its principal place of business in the State of Utah.

4. Mila was and remains a limited liability company organized and having its principal place of business in the State of Georgia.

5. Mila's sole member is a citizen of the State of Georgia.

6. The amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs.

7. This court has subject matter jurisdiction over this action under section 1332(a)(1) of the Judicial Code, 28 U.S.C. § 1332(a)(1), because this action—both now and when it was commenced in state court—is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs.

8. Mila may, under section 1441(a) of the Judicial Code 28 U.S.C. § 1441(a), remove this action to the United States District Court for the District of Utah, Central Division because this is a civil action over which the district courts of the United States have original jurisdiction.

9. Additionally, the insurance policy at issue in this action contains a forum selection clause which provides that the courts in the State of Utah shall be the exclusive forum for the resolution of any claims or disputes arising between the parties related to any insurance coverage issues.

10. This notice of removal is timely under section 1446(b) of the Judicial Code 28 U.S.C. § 1446(b) because it has been filed within 30 days after which Mila received through service a copy of the initial pleading setting forth the claim for relief upon which this action is based.

DATED this 2nd day of February, 2023.

    SKOUBYE NIELSON & JOHANSEN, LLC

    */s/ Stephen M. Bigham*
    Stevan R. Baxter (12027)
    Stephen M. Bigham (11060)
    999 East Murray Holladay Road, Suite 200
    Salt Lake City, Utah 84117
    Email: stevan@snjlegal.com
    Email: stephen@snjlegal.com
    *Attorneys for Defendant*
    *Mila Transportation, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, a copy of the foregoing **Notice of Removal** was filed electronically using the CM/ECF system which sent electronic filing notification to the following identified party(ies):

Andrew D. Wright (awright@strongandhanni.com)
Kaileen M. Balzano (kbalzano@strongandhanni.com)
Strong & Hanni
9350 South 150 East, Suite 820
Sandy, Utah 84070
*Attorneys for Plaintiff*

Parties may also access this filing through the Court's system.

    */s/ Dusty France*