# United States District Court

District of Utah

| | |
|---|---|
| Prime Insurance Company, | |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Mila Transportation, LLC, | Case Number: 2:23-cv-87-HCN |
| Defendant. | |

IT IS ORDERED AND ADJUDGED

1. That the court enters the following declarations:

    a. There is no coverage under the express terms of the Policy for the bodily injury claims made by Mr. Williams and the estates of Mr. Thomas and Mr. Hornak.

    b. There is no coverage under the Policy for the physical damage caused to the subject Freightliner as a result of the November 4, 2021 accidents.

    c. Prime's obligations with respect to the claims of Mr. Williams or the estates of Mr. Thomas and Mr. Hornak are limited to the obligations set forth in the MCS-90 Endorsement. Specifically, Prime's surety obligation is limited to a total of $750,000 for all third-party bodily injury claims made by Mr. Williams and the estates of Mr. Thomas and Mr. Hornak. Because Mila is no longer operating Prime has decided not to seek reimbursement from Mila for payments made by Prime in accordance with the MCS-90 Endorsement.

2. That each party shall bear its own attorney's fees and costs incurred in this action, and no damages shall be awarded to any party.

July 21, 2023                                            BY THE COURT:

*Date*

_____
Howard C. Nielson, Jr.
United States District Judge